**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  14-cv-02540-REB-KLM

SHARON CHANNEL,

> Plaintiff,

v.

TARGET CORPORATION, a foreign corporation d/b/a TARGET, and
INTERSTATE CLEANING CORPORATION, a foreign corporation,

> Defendants.

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

The matter is before me on the **Stipulation for Dismissal with Prejudice** [#30][1]

filed October 8, 2015.  After careful review of the stipulation and the file, I conclude that

the stipulation should be approved and that this action should be dismissed with

prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation for Dismissal with Prejudice** is approved;

2. That all pending pretrial deadlines are vacated;

3. That the **Motion for Summary Judgment** [#23] filed July 30, 2015, is denied

as moot; and

4. That this action is dismissed with prejudice with the parties to pay their own

---

[1]  "[#30]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

attorney fees and costs.

Dated October 9, 2015, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge